**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BILLY J. VICKERS,
    Plaintiff,

vs.                               Case No. 3:08cv78/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 6, 2009. (Doc. 23). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file.

    **DONE AND ORDERED** this 18th day of March, 2009.

                                                       *s/ M. Casey Rodgers*
                                                     **M. CASEY RODGERS
                                                     UNITED STATES DISTRICT JUDGE**